Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-293

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Gentian Hope

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** July 24, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES  AK-SQ-137B1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number:**

# VA 2-333-240

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Teal Rose

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 08, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK5-SQ-359A3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-297

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title
_____

**Title of Work:** Iceland poppy

## Completion/Publication
_____

**Year of Completion:** 2009
**Date of 1st Publication:** November 16, 2009
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions
_____

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800) 836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-233

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | New Blue Tulips |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 21, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier<br>31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street<br>Unit 2 E-F<br>Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



AD LINES   AK-SQ-020F2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-776**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** February 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-241

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Three Purple Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK5-RC-009B

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-777**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Blissful Garden 3

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 16, 2019
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD Lines  AK8-SQ-074B2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-247

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Tulip 1

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** August 01, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD-LINES AK5-SQ-137A1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-306

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Glorious Indigo Lily

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 14, 2021
**Nation of 1st Publication:** United States

## Author

**Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-333-443**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Five Tulips

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES    AK5-RC-009D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-224

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title _____

| | |
|---|---|
| **Title of Work:** | Crocus |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | May 25, 2012 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-335-302**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Eucalyptus

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** February 11, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES    AK-SQ-076

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-775

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Tulip Blue |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | September 03, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-301

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Dull Eucalyptus

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 30, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD LINES   AK7-SQ-021A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-333-237

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Red Rose

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 08, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AKX-SQ-360C1





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-335-303**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Flamingo

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** March 05, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-305

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Foxglove |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | October 05, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



AD LINES          AKX-RC-322

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-265

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Gentian Believe

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** April 20, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF (2010)  AK-SQ-013B1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-234

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Oleander

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** June 30, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF    AKX-SQ-317C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-238

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Rose Pink |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | April 14, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-294

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Indigo Luster Cyclamen 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 06, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD Lines  AK8-SQ-180B

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-772

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

## Title

| | |
|---|---|
| Title of Work: | Tulip 3 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2009 |
| Date of 1st Publication: | March 05, 2010 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Albert Koetsier |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | AD-Lines Euro Group Inc. |
| Email: | licensingsales@ad-lines.com |
| Telephone: | (800)836-0994 |
| Address: | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-264

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Gentian Azure |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | August 29, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



AD LINES  AK5-SQ-013BS

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-226

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Iris |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | November 25, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-440

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title
                   **Title of Work:** Tulip 2

## Completion/Publication
                   **Year of Completion:** 2012
             **Date of 1st Publication:** November 30, 2015
       **Nation of 1st Publication:** United States

## Author
                      **Author:** Albert Koetsier
               **Author Created:** 2-D artwork
                   **Citizen of:** United States

## Copyright Claimant
            **Copyright Claimant:** Albert Koetsier
            31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions
           **Organization Name:** AD-Lines Euro Group Inc.
                      **Email:** licensingsales@ad-lines.com
                 **Telephone:** (800)836-0994
                   **Address:** 200 Main Street
                             Unit 2 E-F
                             Monroe, CT 06468 United States

## Certification
                      **Name:** David Denholm



AD LINES PROOF   AKX-SQ-801C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-781

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title
| | |
|---|---|
| **Title of Work:** | Azalea |

## Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | March 15, 2011 |
| **Nation of 1st Publication:** | United States |

## Author
| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions
| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification
| | |
|---|---|
| **Name:** | David Denholm |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-220

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Tulips Blue

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** May 25, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES   AK7-PL-021B2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-227

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Emerald Magnolia 2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 20, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



AD Lines  AK8-RC-039B1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-229

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Lantern Forest |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | September 06, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-236

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Natural Lantern Cascade 1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 18, 2020
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-333-231

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

**Title of Work:** Marvelous Cyclamen 1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD Lines  AK8-SQ-198A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-296

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Illuminated Tulip |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | July 23, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



AD Lines   AK8-SQ-201A

# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-778

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

**Title of Work:** Calla Lily 1

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** August 02, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



AD LINES PROOF (2010) AK-PL-082

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-779

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 19, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Calla Lily 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | November 15, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-235

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Orchid |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | February 16, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |



AD LINES PROOF (2010)  AK-RC-134B

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-335-300**

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** CallaLilies

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** February 16, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-222

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

## Title

**Title of Work:** Chrysanthemum

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** February 13, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Albert Koetsier
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-335-307

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

| | |
|---|---|
| **Title of Work:** | Hibiscus |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | February 13, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Albert Koetsier |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Albert Koetsier |
| | 31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | AD-Lines Euro Group Inc. |
| **Email:** | licensingsales@ad-lines.com |
| **Telephone:** | (800)836-0994 |
| **Address:** | 200 Main Street |
| | Unit 2 E-F |
| | Monroe, CT 06468 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

Page 1 of 2



AD LINES PROOF - 2011 (AK-RC-269)

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-333-445

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
January 17, 2023

---

## Title
           **Title of Work:**  Blue Callas

## Completion/Publication
           **Year of Completion:**  2012
    **Date of 1st Publication:**  July 22, 2013
  **Nation of 1st Publication:**  United States

## Author
                **Author:**  Albert Koetsier
       **Author Created:**  2-D artwork
           **Citizen of:**  United States

## Copyright Claimant
    **Copyright Claimant:**  Albert Koetsier
                              31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions
    **Organization Name:**  AD-Lines Euro Group Inc.
                **Email:**  licensingsales@ad-lines.com
         **Telephone:**  (800)836-0994
            **Address:**  200 Main Street
                        Unit 2 E-F
                        Monroe, CT 06468 United States

## Certification
                 **Name:**  David Denholm



AD LINES   AKX-PL-114A2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-335-266

**Effective Date of Registration:**
December 14, 2022
**Registration Decision Date:**
February 08, 2023

---

## Title

**Title of Work:** Flowers And Ferns 1

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 29, 2018
**Nation of 1st Publication:** United States

## Author

• **Author:** Albert Koetsier
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Albert Koetsier
31721 St. Pierre Lane, Lake Elsinore, CA, 92530, United States

## Rights and Permissions

**Organization Name:** AD-Lines Euro Group Inc.
**Email:** licensingsales@ad-lines.com
**Telephone:** (800)836-0994
**Address:** 200 Main Street
Unit 2 E-F
Monroe, CT 06468 United States

## Certification

**Name:** David Denholm

Page 1 of 2

