**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALBERT KOETSIER,

     Plaintiff,                      Case No.: 1:24-cv-00666

v.                                Judge LaShonda A. Hunt

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Young B. Kim
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the Court's Minute Entry Order

[28] was sent to Defendants on February 23, 2024, by sending an email to Defendants' email addresses,

which were provided to Plaintiff by third parties.

     Executed on February 23, 2024.

                                  /s/ Keith A. Vogt
                                  Keith A. Vogt, Esq
                                  ***ATTORNEY FOR
PLAINTIFF***

DATED: February 23, 2024           Respectfully submitted,

                                  /s/ Keith A. Vogt
                                  Keith A. Vogt (Bar No. 6207971)
                                  Keith Vogt, Ltd.
                                  33 West Jackson Boulevard, #2W
                                  Chicago, Illinois 60604
                                  Telephone: 312-971-6752
                                  E-mail: keith@vogtip.com

                                  ***ATTORNEY FOR PLAINTIFF***