**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Albert Koetsier

                                          Plaintiff,

v.                                                                                            Case No.:
1:24−cv−00666

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 7, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Preliminary injunctive relief has been entered against the remaining defendants who have not appeared in this case [32]. Summons were executed on 2/22/24, and Defendants' responses to the complaint are due by 3/14/24 [27]. By 4/12/24, Plaintiff is ordered to file any motions for entry of default pursuant to Federal Rule of Civil Procedure 55(a). If there are any remaining defendants against whom default and default judgment are not being sought, Plaintiff is ordered to file by the same date a status report identifying each defendant against whom this case is proceeding and state whether the parties anticipate a settlement or further litigation. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.